# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Wilbur Lann Pittman

V.

Gary Sandor et al

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**  10cv1087-DMS-NLS

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court hereby (1) Dismisses this action sua sponte without prejudice for failing to prepay the $350 filing fee pursuant to 28 U.S.C. § 1914(a); and (2)  that an IFP appeal from this Order would be frivolous and therefore, would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

| May 21, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno
(By) Deputy Clerk

ENTERED ON May 21, 2010